UNITED STATES of America,
Plaintiff–Appellee,

v.

Cynthia BELTRAN, Defendant–
Appellant.

No. 15–40986
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/17/2016

Lauretta Drake Bahry, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX.

Scott Fredrick Lemanski, Corpus Christi, TX.

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

Pursuant to a written plea agreement, Defendant–Appellant Cynthia Beltran pleaded guilty to conspiracy to transport undocumented aliens. She was sentenced to (1) eight months of imprisonment and (2) three years of supervised release. The sole issue raised on appeal is whether Beltran's eight-month term of imprisonment is procedurally and substantively unreasonable.

On April 8, 2016, while this appeal was pending, Beltran completed her term of imprisonment and was released by the Bureau of Prisons. Accordingly, we consider sua sponte whether Beltran's appeal is moot. *See Bailey v. Southerland,* 821 F.2d 277, 278 (5th Cir. 1987).

Although Beltran, a United States citizen, is currently serving a term of supervised release, she raises no challenge to the term or conditions of her supervised release. Rather, she challenges only her now-expired term of imprisonment. Accordingly, the appeal is DISMISSED AS MOOT. *Cf. United States v. Heredia–Holguin,* 823 F.3d 337, 340 (5th Cir. 2016) (en banc).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.